

**ANDREW FURMAN**
Direct Dial: (212) 574-4119
afurman@chartwelllaw.com

Reply To: New York Office
One Battery Park Plaza, Suite 710
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

April 2, 2025

**Via ECF**

Hon. Robert W. Lehrburger, USMJ
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>New Land Interiors Corp. v. Kinsale Insurance Company</u>
       Civil Action No.: 25-CV-00732 [DEH][RWL]

Dear Judge Lehrburger:

  Plaintiff, New Land Interiors Corp. ("New Land"), and defendant, Kinsale Insurance Company ("Kinsale"), write jointly to request an adjournment of the upcoming initial pre-trial conference in this action, which is currently scheduled for April 9, 2025 at 9:30 am. No prior request for this relief has been made.

  Prior to it interposing an Answer in this action, on March 27, 2025, Kinsale filed a motion to stay this action and compel it to arbitration based on an arbitration provision contained within the applicable Kinsale policy of insurance. *See*, ECF Doc. Nos. 11-13. While New Land disputes the validity of the arguments raised in Kinsale's motion, it is clear that if this Court grants Kinsale's motion this matter will be stayed and referred to arbitration, obviating the need for the parties to engage in discovery proceedings before this Court. As a result, the parties are requesting that the initial pre-trial conference be adjourned until after Kinsale's motion is decided.

  The parties also request that the Court enter a briefing schedule on Kinsale's motion as follows: opposition due by May 1, 2025; reply due by June 2, 2025.

Hon. Robert W. Lehrburger, USMJ
April 2, 2025
Page **2** of **2**

      We thank Your Honor for Your attention to this matter.

Very truly yours,

**CHARTWELL LAW**

Granted. The initial pretrial conference is adjourned sine die. Opposition to the motion to stay and compel arbitration shall be filed by May 1, 2025, and the reply shall be filed by June 2, 2025.

By:     /s/ Andrew Furman
            Andrew Furman, Esq.
            *Attorneys for Plaintiff*
            One Battery Park Plaza, Suite 710
            New York, New York 10004
            P: (212) 968-2300
            afurman@chartwelllaw.com

SO ORDERED:
04/03/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**KENNEDYS CMK LLP**

By:     /s/ Eridania Perez
            Eridania Perez, Esq.
            *Attorneys for Defendant*
            22 Vanderbilt Avenue, Suite 2400
            New York, New York 10017
            P: (212) 252-0004
            eridania.perez@kennedyslaw.com