UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW LAND INTERIORS CORP.,

                Plaintiff,

        - against -

KINSALE INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------X

25-CV-732 (DEH) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendant Kinsale Insurance Company ("Kinsale") has filed a motion to stay and compel arbitration, which is now fully briefed. The motion relies on an arbitration clause in an insurance policy issued by Kinsale to non-party Millennium Services, LLC (the "Policy"). The declaration of Eridania Perez, outside counsel to Kinsale, sponsors an exhibit that Perez avers is the Policy. (*See* Dkt. 13-1.) By **November 5, 2025**, Kinsale shall file either (i) a declaration from a representative of Kinsale authenticating the Policy; or (ii) a supplemental declaration from Perez describing her personal knowledge sufficient to authenticate the Policy. If Plaintiff New Land Interiors Corp. wishes to respond to the newly filed declaration, it shall do so by **November 12, 2025**.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2025
       New York, New York

Copies transmitted this date to all counsel of record.